David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*JILL D. PARKS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL D. PARKS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY D/B/A FEDLOAN SERVICING; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. : 2:18-cv-00712-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS**<br><br>**(First Request)** |

**STIPULATION**

Plaintiff JILL D. PARKS ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BANA") (collectively the "Parties") respectfully submit the following Stipulation to allow the Plaintiff an extension to file a responsive pleading to BANA's Motion to Dismiss filed on June 11, 2018.

-1-

Pursuant to Stipulation of the Parties, the Plaintiff shall have until July 16, 2018 to file a responsive pleading. This stipulation is requested to allow the Parties to pursue settlement discussions which are ongoing.

This is the Parties first request for an extension.

IT IS SO STIPULATED.

Dated June 13, 2018.                                Dated June 13, 2018.


/s/ David Krieger, Esq                              /s/ Rex D. Garner, Esq.
David Krieger, Esq.                                 Rex D. Garner, Esq.
Haines & Krieger, LLC                               Akerman LLP

*Attorneys for Plaintiff*                           *Attorneys for Defendant, BANA*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 14, 2018