Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP**, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Jill D. Parks*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jill D. Parks,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A., et al,<br><br>Defendants. | Case No.: 2:18-cv-00712-KJD-NJK<br><br>**Stipulation for an extension of time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF No. 8]**<br><br>**(Second Request)** |

Plaintiff Jill D. Parks ("Plaintiff") and Bank of America, N.A. ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **July 30, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint, filed on June 11, 2018, ECF No. 8. Plaintiff's Response is currently due on July 16, 2018. *Id.*

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas. Nevada 89148

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

1    In good faith and not for the purposes of delay, Plaintiff has requested and

2  Defendant has agreed to allow Plaintiff an additional 14 days to respond to the

3  Motion.

4    Plaintiff requested the extension to allow additional time for the parties to

5  discuss resolution, since settlement discussions are still ongoing. Plaintiff is also

6  considering requesting leave to amend the Complaint instead of opposing

7  Defendant's motion. The Parties in good faith stipulate to allow additional time for

8  Plaintiff to respond to the Motion. This is the second request for an extension of this

9  deadline.

10    The Parties therefore stipulate that Plaintiff's response to Defendant's motion

11  to dismiss, ECF. No. 8, shall be due on or before **July 30, 2018**.

12  DATED this 13th day of July 2018.

13    **KAZEROUNI LAW GROUP, APC**

14  By: /s/ Michael Kind
15  Michael Kind, Esq.
    6069 South Fort Apache Road, Suite 100
16  Las Vegas, Nevada 89148
17  *Attorneys for Plaintiff*

18    **Akerman LLP**

19
    By: /s/ Rex Garner
20  Rex Garner, Esq.
21  1635 Village Center Circle, Suite 200
    Las Vegas, NV 89134
22  *Attorneys for Defendant*

23    IT IS SO ORDERED:

24

25  _____
    UNITED STATES MAGISTRATE JUDGE
26

27  DATED:___July 18, 2018_____

28