UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL D. PARKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-00712-KJD-NJK<br><br>**Order**<br><br>(Docket No. 19) |

    Before the Court is Plaintiff and Defendant Bank of America, N.A.'s notice of settlement. Docket No. 19. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 24, 2018.

    IT IS SO ORDERED.

    Dated: July 25, 2018

                                          NANCY J. KOPPE
                                          United States Magistrate Judge