David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JILL D. PARKS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JILL D. PARKS, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A.; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY D/B/A FEDLOAN SERVICING; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:18-cv-00712-KJD-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BOA ONLY</u>** |

Plaintiff JILL D. PARKS and Defendant BANK OF AMERICA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

**BANK OF AMERICA, N.A**.  Each party shall bear its own attorney's fees, and costs of suit.

Dated: August 14, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Rex D. Garner, Esq. <br> Rex D. Garner <br> Akerman LLP <br> 1635 Village Center Circle <br> Suite 200 <br> Las Vegas, NV 89134 <br> *Attorney for Defendant BOA* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __8/20/2018_____